UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Emmah O.,

Petitioner,

v.

United States Citizenship and Immigration Services, *USCIS*; Kristi Noem, *Secretary of Homeland Security*; Joseph B. Edlow, *Director of USCIS*; Pam Bondi, *Attorney General of the United States*; and Daniel Rosen, *United States Attorney for the District of Minnesota*,

Respondents.

File No. 25-cv-4826 (ECT/JFD)

**ORDER**

---

Based upon the parties' Stipulation of Dismissal Without Prejudice, ECF No. 5, **IT IS HEREBY ORDERED THAT** this case is dismissed without prejudice, each party to bear its own costs and attorney fees.

Dated: March 23, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court